Original
No. 6896

EDWARD M. NICHOLS

v.

JOSEPH VITEK, WARDEN

June 28, 1974

*George L. O'Malley,* by brief and orally, for the plaintiff.

*Warren B. Rudman,* attorney general, and *David W. Hess,* assistant attorney general (*Mr. Hess* orally), for the defendant.

PER CURIAM. This petitioner for habeas corpus seeks his liberty on the ground that his conviction for manslaughter in the first degree as a lesser included offense of murder for which he was indicted violated his constitutional and statutory (RSA 601:1) right not to be tried and convicted of the offense of manslaughter without being specifically indicted therefor.

There is no question but that manslaughter is a lesser included offense of murder. The indictment for murder contains all the allegations essential to constitute a charge of manslaughter. *State v. Butman,* 42 N.H. 490 (1861); *State v. Zelichowski,* 52 N.J. 377, 245 A.2d 351 (1968).

*Petition denied.*